# IN THE SUPREME COURT OF THE STATE OF NEVADA

DERRICK AVERY,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 71106

**FILED**

OCT 27 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to compel production of record transcripts relevant to appeal. Eighth Judicial District Court, Clark County; Kerry Louise Earley, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____ Cherry , J.
Cherry

_____ , J.
Douglas

_____ , J.
Gibbons

cc:   Hon. Kerry Louise Earley, District Judge
      Derrick Avery
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

16-33742